IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3101 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JAYMOND H. TAYLOR, JEANNA | ) | |
| RENEE SPRINGER, | ) | |
| | ) | |
| Defendants. | ) | |

Retained counsel has entered an appearance on behalf of defendant Taylor, and has moved for additional time to file pretrial motions, (filing no. 37); defendant Taylor's appointed counsel has moved to withdraw because defendant Taylor now has retained counsel, (filing no. 38); and if the court grants defendant Taylor's motion to continue, defendant Taylor's pretrial motions need not be filed until the day before defendant Springer's scheduled pretrial motion hearing. Upon consideration of these pending matters,

IT IS ORDERED:

1)      The motion to withdraw filed by Michael Hansen and the Federal Public Defender, defendant Taylor's appointed counsel, (filing no. 38), is granted and,

      a.      The clerk shall delete Mr. Hansen and the Federal Public Defender's Office from any future ECF notifications herein.

      b.      Defendant Taylor's newly retained counsel, Ryan M. Pacyga, shall serve defendant Taylor with a copy of this order.

2)      Defendant Taylor's motion to continue, (filing no. 37), is granted, and defendant Taylor's pretrial motions shall be filed on or before November 14, 2011.

3)      The ends of justice served by granting defendant Taylor's motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and November 14, 2011, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

4)      The hearing on defendant Springer's motion to suppress, (filing no. 32), is continued, and will be held before the undersigned magistrate judge on November 30, 2011 at 09:00 AM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Two hours have been set aside for this hearing.

DATED this 31st day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge