IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3101 |
| v. | ) | MEMORANDUM AND ORDER |
| JAYMOND H. TAYLOR, JEANNA RENEE SPRINGER, | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Defendant Taylor's motion to continue, (filing no. 46), is granted

2) <u>As to both defendants</u>, the evidentiary hearing previously scheduled for November 30, 2011 is continued.

3) An evidentiary hearing on defendant Springer's motion to suppress, (filing no. 32), and defendant Taylor's motion to suppress, (filing no. 43), will be held before the undersigned magistrate judge on December 20, 2011, beginning at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

DATED this 23rd day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge