IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3101 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEANNA RENEE SPRINGER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jeanna R. Springer remains indigent and in need of non-custodial transportation and subsistence for travel from Lincoln, Nebraska to Keewatin, Minnesota following her suppression hearing on December 20, 2011.

Accordingly,

IT IS ORDERED:

1)     Defendant's Springer's motion for noncustodial transportation, (filing no. 52), is granted.

2)     The U.S. Marshal shall provide non-custodial transportation and subsistence for lodging and meals during the period of travel for defendant Jeanna R. Springer to travel from Lincoln, Nebraska to Keewatin, Minnesota following her hearing scheduled in Lincoln, Nebraska on December 20, 2011.

3)     The clerk shall email a copy of the memorandum and order to the Marshal.

DATED this 8th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge