IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3101 |
| v. | ) | MEMORANDUM AND ORDER |
| JAYMOND H. TAYLOR, JEANNA RENEE SPRINGER, | ) | |
| Defendants. | ) | |

A hearing was held today on the defendants' motions to suppress, (filing nos. 32 & 43). The parties' requests for post-hearing briefing and evidence submissions were granted in accordance with the following schedule.

IT IS ORDERED:

1) The defendants shall file their post-hearing briefs within three weeks after the transcript of the suppression hearing is filed. The transcript shall be filed as a restricted access document.

2) The government's responsive brief shall be filed within two weeks after the defendants' post-hearing briefs are filed.

3) On or before the deadline for filing defendants' post-hearing briefs:

   a. The parties shall submit into evidence the NCIC documents referred to during Agent Skorczewski's testimony;

   b. Defendant Springer shall advise the court of any objections she has to Exhibit 6 (the recording of phone calls between Skorczewski's office and the Nebraska State Patrol); and

   c. The parties shall advise the court concerning whether Exhibit 7 (the recording of radio calls) is being offered by any party and, if so, whether there are any objections to that offer. If Exhibit 7 is being offered, the offering party shall provide a copy of Exhibit 7 to the chambers of the undersigned magistrate judge for either receipt upon the parties' stipulation, or for a ruling on any admissibility objections raised..

December 20, 2011.

THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge