IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3101 |
| | ) | |
| v. | ) | |
| | ) | |
| JEANNA RENEE SPRINGER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1) The defendant's motion to continue her change of plea hearing (filing no. 87), is granted.

2) The defendant's plea hearing will be conducted before the undersigned magistrate judge on May 18, 2012 at 11:00 a.m. The defendant is ordered to appear at this hearing.

3) Based on the representations set forth in the defendant's motion, the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and May 18, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

4) No further continuances will be granted absent a hearing before the court and good cause shown.

DATED this 12th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge