IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:11-CR-3101 |
| vs. | |
| JAYMOND H. TAYLOR and JEANNA RENEE SPRINGER, | FINAL ORDER OF FORFEITURE |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 143).

On July 19, 2012, the Court entered a Preliminary Order of Forfeiture (filing 129) pursuant to 21 U.S.C. § 853, based upon the defendants' pleas of guilty to violating 21 U.S.C. § 841(a)(1) and (b)(1), and their admission of the forfeiture allegation contained in the indictment (filing 20). By way of the preliminary order of forfeiture, the defendants' interests in a 2004 Nissan Titan 4-door pickup truck, Minnesota license plate number NWU157, were forfeited to the United States. Filing 129.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on July 25, 2012, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 142) was filed on October 5, 2012. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 143) is granted.

2. All right, title, and interest in and to the 2004 Nissan Titan 4-door pickup truck, Minnesota license plate number NWU157, held by any person or entity are forever barred and foreclosed.

3. The vehicle is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the vehicle in accordance with law.

Dated this 5th day of October, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge